157 A.3d 810

**BALTIMORE COUNTY, Md.**

v.

**WADDY**

**Pet. Docket No. 591, Sept.Term, 2016**

Court of Appeals of Maryland.

April 21, 2017

Opinion of the Court of Special Appeals unreported (Nos. 101 & 1205, Sept. Term, 2015).

Petition for writ of certiorari denied

■

157 A.3d 810

**BELIZAIRE, Antoine, Jr.**

v.

**STATE of Maryland**

**Pet. Docket No. 546, Sept.Term, 2016**

Court of Appeals of Maryland.

April 21, 2017

Opinion of the Court of Special Appeals unreported (No. 122, Sept. Term, 2015).

Petition for writ of certiorari denied